**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

---------------------------------------------------------- x
In re:                                                                              :  Case No. 08-62733
                                                                                         :  Chapter 11 – Jointly Administered
Triad Resources, Inc., *et al.*,[1]                                       :  Judge C. Kathryn Preston
                                                                                         :
                        Debtors.                      :
---------------------------------------------------------- x

## NOTICE OF FILING FIRST AMENDED BID PROCEDURES AND PROPOSED BALLOT IN CONNECTION WITH FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TRIAD RESOURCES, INC., ET AL.

On October 30, 2009, the above captioned debtors and debtors-in possession (together, "Debtors") filed the *Motion of Debtors and Debtors-in-Possession for Approval of (a) Disclosure Statement for Joint Plan of Reorganization of Triad Resources, Inc., et al. Dated October 30, 2009; (b) Procedures for Solicitation and Selection of Highest and Best Qualified Plan Sponsor in Connection with Joint Plan of Reorganization of Triad Resources, Inc., et al. (c) Procedures for Assumption and Assignment of Executory Contracts; and (d) Setting Certain Deadlines and Hearing Dates in Connection with Same* [Docket No. 490] (the "Motion"). Pursuant to the Motion the Debtors request, among other things, approval of the *Procedures for Solicitation and Selection of Highest and Best Qualified Plan Sponsor in Connection with Joint Plan of Reorganization of Triad Resources, Inc., et al.*, attached to the Motion as Exhibit A (the "Bid Procedures").

Attached hereto as Exhibit A are amended Bid Procedures (the "First Amended Bid Procedures") for consideration by the Court and other interested parties. In addition, a copy of the proposed *Ballot for Acceptance or Rejection of Joint Plan of Reorganization of Triad Resources, Inc., et al. Dated October 30, 2009, as Modified* (the "Ballot") is attached hereto as Exhibit B. A copy of the First Amended Bid Procedures or proposed Ballot also may be accessed free of charge by visiting www.bmcgroup.com/triad.

---

[1] The "Debtors" in the instant cases include each of Triad Resources, Inc. (Case No. 08-62733); Triad Energy Corporation, (Case No. 08-62744); TriTex Energy, L.L.C. (Case No. 08-62747); TriTex Resources, L.L.C., Case No. 08-62749); Triad Oil & Gas Co., Ltd. (Case No. 08-62757); and Alpha Drilling, Ltd. (Case No. 08-62759).

December 16, 2009

        /s/ Rocco I. Debitetto
Daniel A. DeMarco (0038920)
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 621-0150
Facsimile:    (216) 241-2824
E-Mail:       dademarco@hahnlaw.com
                ridebitetto@hahnlaw.com

*Counsel for Debtors and Debtors-in-Possession*

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Filing First Amended Bid Procedures and Proposed Ballot in Connection with First Amended Joint Plan of Reorganization of Triad Resources, Inc., et al.* was served this 16th day of December 2009 upon the parties identified below by the methods indicated:

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Asst US Trustee (Col)   ustpregion09.cb.ecf@usdoj.gov
- Robert L Bays   rbays@bowlesrice.com, bmartin@bowlesrice.com;bnichols@bowlesrice.com;jchincheck@bowlesrice.com
- James P Botti   jbotti@porterwright.com
- Brenda K Bowers   bkbowers@vorys.com
- Jeremy M Campana   jeremy.campana@thompsonhine.com
- Nick V Cavalieri   nick.cavalieri@baileycavalieri.com, BR-ECF@BaileyCavalieri.com
- Jesse Cook-Dubin   jcookdubin@vorys.com, cdfricke@vorys.com
- Daniel A DeMarco   dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Rocco I Debitetto   ridebitetto@hahnlaw.com
- Carl Dore'   carldore@doreassociates.com
- Ronald E Gold   rgold@fbtlaw.com, ahammerle@fbtlaw.com
- Lawrence Hackett   larry.hackett@usdoj.gov
- Clayton T Hufft   chufft@velaw.com
- James S Huggins   huggins@theisenbrock.com
- Reginald W Jackson   rwjackson@vorys.com, cdfricke@vorys.com
- Cynthia A Jeffrey   ecfsdoh@reimerlaw.com
- Kenneth C Johnson   kjohnson@bricker.com, rdelsignore@bricker.com
- Beth Lloyd   blloyd@velaw.com
- Larry J. McClatchey   lmcclatchey@keglerbrown.com
- Dennis M Ostrowski   loubknotices@mapother-atty.com
- Geoffrey J Peters   colecfsdo@weltman.com

- Matthew T Schaeffer   matthew.schaeffer@baileycavalieri.com, br-ecf@baileycavalieri.com

- Michelle T Sutter   msutter@ag.state.oh.us, samuel.kirk@ohioattorneygeneral.gov

- Bill Wallander   bwallander@velaw.com

- Christopher B Wick   cwick@hahnlaw.com, hlpcr@hahnlaw.com

- Mary Anne Wilsbacher   MaryAnne.Wilsbacher@usdoj.gov

BMC Group, Inc., the Debtors claims and noticing agent, is, at the direction of the Debtors' undersigned counsel, serving the instant document on the parties set forth on the attached Supplemental Service Lists via electronic mail or fax, where known, or where not known., via United States Mail, postage prepaid, (the "BMC Service").  An affidavit detailing the BMC Service will be filed with the Court.

**SUPPLEMENTAL SERVICE LISTS FOLLOW**

/s/ Rocco I. Debitetto
One of the Attorneys for Debtors

# Triad Companies
# Service List

**Total number of parties: 24**

## Core Group

BAILEY CAVALIERI LLC
(RE: WESBANCO BANK)
MATTHEW SCHAEFER
10 WEST BROAD STREET, SUITE 2100
COLUMBUS, OH  43215

matthew.schaeffer@baileycavalieri.com

BAILEY CAVALIERI LLC
(RE: WESBANCO BANK)
NICK V. CAVALIERI
10 WEST BROAD STREET, SUITE 2100
COLUMBUS, OH  43215

nick.cavalieri@baileycavalieri.com

CHRYSLER FINANCIAL
27777 INKSTER ROAD
FARMINGTON HILLS, MI  48334

CNH CAPITAL AMERICA LLC
100 BRUBAKER AVENUE
NEW HOLLAND, PA  17557

FROST, BROWN, TODD LLC
(RE: CAPITAL ONE, N A)
RONALD E. GOLD
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI, OH  45202

rgold@fbtlaw.com

HAHN LOESER & PARKS LLP
CHRISTOPHER B WICK (0073126)
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

cwick@hahnlaw.com

HAHN LOESER & PARKS LLP
DANIEL A DEMARCO (0038920)
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

dademarco@hahnlaw.com

HAHN LOESER & PARKS LLP
NANCY A VALENTINE (0069503)
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

navalentine@hahnlaw.com

HAHN LOESER & PARKS LLP
ROCCO I DEBITETTO (0073878)
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

ridebitetto@hahnlaw.com

OFFICE OF THE UNITED STATES TRUSTEE
LARRY HACKETT
REGION 9
170 NORTH HIGH ST, STE 200
COLUMBUS, OH  43215-2403

Larry.Hackett@usdoj.gov

OFFICE OF THE UNITED STATES TRUSTEE
MARYANNE WILSBACHER
REGION 9
170 NORTH HIGH ST, STE 200
COLUMBUS, OH  43215-2403

maryanne.wilsbacher@usdoj.gov

PHILLIPS GARDILL KAISER & ALTMEYER
(RE: WESBANCO BANK)
DENISE KNOUSE-SNYDER
61 FOURTEENTH STREET
WHEELING, WV  26003

denisesnyder@pgka.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
CYNTHIA A JEFFREY ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

cjeffrey@reimerlaw.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
EDWARD A BAILEY ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

ebailey@reimerlaw.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
FAYE D ENGLISH ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

fenglish@reimerlaw.com

THEISEN BROCK LP
(RE: PEOPLES BANK)
JIM HUGGINS, ESQ.
424 SECOND STREET
MARIETTA, OH  45750

huggins@theisenbrock.com

# Core Group

THOMPSON HINE LLP
(RE: CATERPILLAR FINANCIAL SERVICES CORP)
JEREMY M CAMPANA
3900 KEY CENTER
127 PUBLIC SQUARE
CLEVELAND, OH  44114-1291

jeremy.campana@thompsonhine.com

TRIAD RESOURCES, INC.
ATTN: JAMES R BRYDEN
PO BOX 427
27724 STATE ROUTE 7
MARIETTA, OH  45773

jbryden@triadcompanies.net

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
CLAYTON T HUFFT
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

chufft@velaw.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
L PRENTISS CUTSHAW
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

pcutshaw@velaw.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
P BETH LLOYD
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

blloyd@velaw.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
WILLIAM L. WALLANDER, ESQ.
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

bwallander@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
(RE: COUNSEL TO UNSCRD CRDRS COMM)
REGINALD W. JACKSON, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215

rwjackson@vorys.com

VORYS, SATER, SEYMOUR AND PEASE LLP
(RE: COUNSEL TO UNSCRD CRDRS COMM)
JESSE COOK-DUBIN, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215

jcookdubin@vorys.com

# Triad Companies
# Service List

**Total number of parties: 31**

## 2002 List

BAKER OIL TOOLS
(RE: COMMITTEE OF UNSECURED CREDITORS)
CHRISTOPHER J RYAN
MANAGER OF COLLECTIONS
2929 ALLEN PWKY, STE 2100
HOUSTON, TX 77019-2118

chris.ryan@bakerhughes.com

BAKERCORP
AMY M PAUL
VICE PRESIDENT, GENERAL COUNSEL
3020 OLD RANCH PKWY, STE 220
SEAL BEACH, CA 90740

apaul@bakercorp.com

BOWLES RICE MCDAVID GRAFF&LOVE LLP
(RE: ARVILLA OILFIELD SERVICES LLC)
ROBERT L. BAYS
501 AVERY STREET, FIFTH FLOOR
POST OFFICE BOX 49
PARKERSBURG, WV 26102-0049

rbays@bowlesrice.com

BOWLES RICE MCDAVID GRAFF&LOVE LLP
(RE: HOUCHIN CONSTRUCTION LLC)
ROBERT L. BAYS
501 AVERY STREET, FIFTH FLOOR
POST OFFICE BOX 49
PARKERSBURG, WV 26102-0049

rbays@bowlesrice.com

BRICKER & ECKLER LLP
(RE: GLEN E WEAVER)
KENNETH C JOHNSON, GORDON F LITT
100 S THIRD ST
COLUMBUS, OH 43215-4291

kjohnson@bricker.com

CENTER ROCK INC
(RE: COMMITTEE OF UNSECURED CREDITORS)
JULIE E MCKENZIE
CONTROLLER
118 SCHROCK DR
BERLIN, PA 15530

juliemckenzie@centerrock.com

CHESAPEAKE APPALACHIA LLC
SANDRA K FRALEY ESQ
PO BOX 18496
OKLAHOMA CITY, OK 73154-0496

DINSMORE & SHOHL LLP
(RE: K&N CONTRACTING INC)
JOHN B PERSIANI
1900 CHEMED CTR
255 E 5TH ST
CINCINNATI, OH 45202

john.persiani@dinslaw.com

DORE & ASSOCIATES ATTORNEYS PC
(RE: KEY ENERGY SERVICES INC)
CARL DORE JR
17171 PARK ROW
STE 350
HOUSTON, TX 77084

carldore@doreassociates.com

ENVIRONMENTAL ENFORCEMENT SECTION
(RE: OHIO DEPT OF NATURAL RESOURCES)
MICHELLE T SUTTER
30 E BROAD ST, 25TH FL
COLUMBUS, OH 43215

msutter@ag.state.oh.us

FROST, BROWN, TODD LLC
(RE: CAPITAL ONE, N A)
RONALD E. GOLD
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI, OH 45202

rgold@fbtlaw.com

K&N CONTRACTING INC
(RE: COMMITTEE OF UNSECURED CREDITORS)
KENNETH E NEWHOUSE, PRESIDENT
945 WILLIS CREEK RD
PO BOX 607
ELKVIEW, WV 25071

kncontracting@wildblue.net

# 2002 List

KEGLER BROWN HILL & RITTER
(RE: MAGNUM HUNTER RESOURCES CORP)
LARRY J MCCLATCHEY ESQ
65 E STATE ST
STE 1800
COLUMBUS, OH  43215

lmcclatchey@keglerbrown.com

KEN MILLER SUPPLY OF WV INC
(RE: COMMITTEE OF UNSECURED CREDITORS)
MAX MILLER
CREDIT MANAGER
PO BOX 1086
WOOSTER, OH  44691

kmsmmiller@embarqmail.com

LINEBARGER GOGGAN BLAIR & SAMPSON
(RE: BROWN CAD)
ELIZABETH WELLER
2323 BRYAN ST
STE 1600
DALLAS, TX  75201

dallas.bankruptcy@publicans.com

MAPOTHER & MAPOTHER, P.S.C.
(RE: DCFS USA LLC)
DENNIS M. OSTROWSKI
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

loubknotices@mapother-atty.com

OFFICE OF THE UNITED STATES TRUSTEE
MARYANNE WILSBACHER
REGION 9
170 NORTH HIGH ST, STE 200
COLUMBUS, OH  43215-2403

maryanne.wilsbacher@usdoj.gov

PORTER WRIGHT MORRIS & ARTHUR LLP
(RE: KEY EQUIPMENT FINANCE)
JAMES P BOTTI ESQ
41 S HIGH ST, 31ST FL
COLUMBUS, OH  43215

jbotti@porterwright.com

PRODUCERS SERVICE CORP
(RE: COMMITTEE OF UNSECURED CREDITORS)
JAMES ROSE
CORPORATE TREASURER
109 S GRAHAM ST
ZAINESVILLE, OH  43701

jrose@producersservicecorp.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
EDWARD A BAILEY ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

ebailey@reimerlaw.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
FAYE D ENGLISH ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

fenglish@reimerlaw.com

REIMER LORBER & ARNOVITZ CO LPA
(RE: FORD MOTOR CREDIT CO LLC)
CYNTHIA A JEFFREY ESQ
PO BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

cjeffrey@reimerlaw.com

SCHLUMBERGER TECHNOLOGY CORP
(RE: COMMITTEE OF UNSECURED CREDITORS)
RANDY R SNYDER
AREA CREDIT MANAGER
330 MARSHALL ST, STE 610
SHREVEPORT, LA  71101

Rsnyder@slb.com

THEISEN BROCK LP
(RE: PEOPLES BANK)
JIM HUGGINS, ESQ.
424 SECOND STREET
MARIETTA, OH  45750

huggins@theisenbrock.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
CLAYTON T HUFFT
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

chufft@velaw.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
L PRENTISS CUTSHAW
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

pcutshaw@velaw.com

# 2002 List

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
P BETH LLOYD
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

blloyd@velaw.com

VINSON & ELKINS LLP
(RE: CAPITAL ONE, N A)
WILLIAM L. WALLANDER, ESQ.
TRAMMELL CROW CENTER
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX  75201-2975

bwallender@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
(RE: COUNSEL TO UNSCRD CRDRS COMM)
REGINALD W. JACKSON, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215

rwjackson@vorys.com

VORYS, SATER, SEYMOUR AND PEASE LLP
(RE: COUNSEL TO UNSCRD CRDRS COMM)
JESSE COOK-DUBIN, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215

jcookdubin@vorys.com

WRIGHT & CO INC
(RE: COMMITTEE OF UNSECURED CREDITORS)
D RANDALL WRIGHT
PRESIDENT
12 CADILLAC DR, STE 260
BRENTWOOD, TN  37027

randy@wrightandcompany.com

ADDITIONAL SECURED PARTIES

| | |
|---|---|
| ARVILLA OILFIELD SERVICES LLC<br>PO BOX 432<br>ST. MARYS, WV  26170 | KEYBANK<br>PO BOX 94831<br>CLEVELAND, OH  44101-4831 |
| BAKER HUGHES OILFIELD OPERATIONS INC<br>DBA BAKER OIL TOOLS<br>ATTN  PHIL F SNOW<br>SNOW FOGEL SPENCE LLP<br>2929 ALLEN PKWY, STE 4100<br>HOUSTON, TX  77019 | MACK FINANCIAL SERVICES A DIV OF VFS US LLC<br>ATTN  SHELLEY MICKEY<br>PO BOX 26131<br>GREENSBORO, NC  27402 |
| CECIL I WALKER MACHINERY CO<br>C/O JULIA A CHINCHECK ESQ<br>PO BOX 1386<br>CHARLESTON, WV  25325-1386 | UNITED RENTALS NA, INC.<br>5 GREENWICH OFFICE PARK<br>GREENWICH, CT  06831-5128 |
| HOUCHIN CONSTRUCTION, LLC<br>RT 3, BOX 527<br>ARNOLDSBURG, WV  25234 | SALTA PIPE CO INC<br>MARK S ZACHARY<br>MCMAHON SUROVIK SUTTLE PC<br>PO BOX 3679<br>ABILENE, TX  79604 |
| KEY ENERGY SERVICES, INC.<br>MARK ROTBERG<br>6 DESTA DRIVE<br>SUITE 4400<br>MIDLAND, TX  79705 | |

**IRS SERVICE LIST**

Internal Revenue Service
600 Arch Street, Room 7310
Philadelphia, PA 19106

Internal Revenue Service
Centralized Insolvency Operation
11601 Roosevelt Blvd.
Mail Drop Point N781
Philadelphia, PA 19154

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
District Director
Insolvency Section
550 Main St.
Cincinnati, OH 45202

U.S. Attorney General
Main Justice Building Room 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

U.S. Attorney – Columbus
303 Marconi Blvd.
Suite 200
Columbus, OH 43215

Internal Revenue Service
Department of the Treasury
PO Box 21126
Philadelphia, PA 19114